1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  JAMES E. FLYNN, State Bar No. 61139
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1976
8   Fax: (916) 324-5205

9  Attorneys for Defendants Gomez, Reagan,
   White, and Meads
10 48149286CA1993CX0283

11

12                IN THE UNITED STATES DISTRICT COURT

13               FOR THE EASTERN DISTRICT OF CALIFORNIA

14                       SACRAMENTO DIVISION

15

16 | **WILLIAM ROUSER,**                | NO. CIV S-93-0767 LKK GGH P |
17 |                         Plaintiff, | **[PROPOSED] ORDER**         |
18 |        v.                          |                              |
19 | **THEO WHITE, et al.,**            |                              |
20 |                        Defendants. |                              |

21

22      The parties have agreed to rescind their private settlement agreement and have

23 stipulated that the court shall enter an order reinstating this action under 18 U.S.C. § 3626(c) and

24 dismissing plaintiff's motion for reinstatement as moot.

25 / / /

26 / / /

27 / / /

28 / / /

Order

1

1 | The court finds that good cause exists to reinstate this action under 18 U.S.C.
2 | §3626(c). Plaintiff's motion for reinstatement is denied as moot.
3 | Dated: 8/16/05
4 | /s/ Gregory G. Hollows
5 | UNITED STATES MAGISTRATE JUDGE

rouser.dis.wpd

Order

2