IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                     No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On August 16, 2005, the court ordered the parties to submit status reports within thirty days. On September 14, 2005, defendants filed a status report. Plaintiff's counsel did not submit a status report.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff's counsel shall show cause for his failure to comply with the August 16, 2005, order.

DATED:  9/27/05

                                                   /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

ggh:kj
rouser.ord

1