IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

      Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

      Defendants.             <u>ORDER</u>

_____/

      On September 27, 2005, the court ordered plaintiff's counsel to show cause for his failure to file a status report. On December 6, 2005, counsel filed a declaration and a status report. Good cause appearing, the order to show cause is withdrawn.

      In the status report, plaintiff's counsel states that he intends to file a motion to withdraw as plaintiff's counsel.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The September 27, 2005, order to show cause is withdrawn;

/////

/////

/////

/////

1

2. Within twenty days of the date of this order, plaintiff's counsel shall file a motion to withdraw as counsel; following receipt of that motion, the court will issue further orders regarding the scheduling of this action.

DATED: 10/19/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
rous767.wd