IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                 No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is presently proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On July 1, 2005, plaintiff himself filed a motion for injunctive relief. In this motion, plaintiff alleges that prison officials at Mule Creek State Prison (MCSP) are going to change the location of the Wiccan worship area.

        Plaintiff's July 1, 2005, motion for injunctive relief is disregarded because at the present time he is represented by counsel. In addition, the amended complaint on which this action is proceeding contains no allegations regarding the location of the Wiccan worship area at MCSP. In fact, the operative complaint contains no allegations regarding conditions at MCSP. The court cannot entertain a motion for injunctive relief concerning matters not encompassed by the operative complaint.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for injunctive
2  relief filed July 1, 2005, is vacated without prejudice to its renewal upon the filing of an amended
3  complaint.
4  DATED: 12/12/05

6  /s/ Gregory G. Hollows

7  GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

9  rous767.pi