IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

       Plaintiff,                          No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

       Defendants.                     <u>ORDER</u>

_____/

        Pursuant to the order filed January 13, 2006, plaintiff's pretrial statement was due on or before December 29, 2006. Plaintiff has not filed his pretrial statement. Accordingly, plaintiff is ordered to show cause for his failure to file a pretrial statement. Failure to respond to this order will result in a recommendation of dismissal of this action.

        On December 8, 2006, 2006, the court ordered defendants to file a response to plaintiff's claims for injunctive relief regarding Mule Creek State Prison contained in the January 30, 2006, supplemental complaint within twenty days. On December 28, 2006, defendants filed a request for extension of time to respond. Because it is unclear whether plaintiff intends to litigate this action, the order directing defendants to respond to the request for injunctive relief is vacated.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of the date of this order, plaintiff shall show cause for his failure to file a pretrial statement;

2. The March 27, 2007, jury trial before the Honorable Lawrence K. Karlton is vacated;

3. The December 8, 2006, order directing defendants to respond to plaintiff's request for injunctive relief is vacated.

DATED: 1/24/07                                         /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

rou767.vac