1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ROUSER,

11           Plaintiff,                    No. CIV S-93-767 LKK GGH P

12        vs.

13   THEO WHITE, et al.,

14           Defendants.            ORDER

15   _____/

16           On February 8, 2007, the court ordered plaintiff to file his pretrial statement

17   within twenty days.  The court ordered defendants' pretrial statement due twenty days thereafter.

18           On February 28, 2007, plaintiff filed a letter with the court stating that he could

19   not prepare his pretrial statement due to his inability to access his legal property. On March 16,

20   2007, plaintiff filed his pretrial statement.  Good cause appearing, plaintiff's pretrial statement is

21   deemed timely filed.

22           On March 19, 2007, defendants filed a request for extension of time to file a

23   pretrial statement.  Defendants request until April 9, 2007, to file their pretrial statement.[1]

24   /////

25   _____

26        [1] On January 24, 2007, the court vacated the March 27, 2007, jury trial date.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's pretrial statement is deemed timely filed;

3        2.  Defendants' pretrial statement is due on or before April 9, 2007.

4    DATED:  4/3/07

                                        /s/ Gregory G. Hollows
5
                                        _____
6                                       UNITED STATES MAGISTRATE JUDGE

7
rou767.sch
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26