## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

       Plaintiff,            No. CIV S-93-0767 LKK GGH P

vs.

THEO WHITE, et al.,

       Defendants.       **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

**William Rouser, inmate # C-10659**, a necessary and material witness in proceedings in this case on June 18, 2007, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, PO Box 8500, Coalinga, CA, 93210, in the custody of the Warden James Yates; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by **video-conferencing** at Pleasant Valley State Prison, June 18, 2007, at 11:15 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden James Yates, Pleasant Valley State Prison, 24863 West Jayne Avenue, PO Box 8500, Coalinga, CA, 93210**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 6/12/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
rous0767.841llktch(2)