IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                  No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On January 28, 2008, a further trial confirmation hearing was held before the undersigned. At this hearing, the court re-set the jury trial date, granted defendants leave to substitute as a witness Associate Warden Brazelton for Associate Warden Beels, and ordered plaintiff to file an amended witness list reflecting only those witnesses who will appear at trial.

        On January 29, 2008, defendants filed a request for the court to issue a second amended pretrial order reflecting the changes to witnesses and exhibits that have occurred since filing of the amended pretrial order on October 16, 2007. Good cause appearing, this request is granted.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial is set for May 13, 2008, at 10:30 a.m. in courtroom 4;

2. Within ten days of January 28, 2008, plaintiff shall file an amended witness list identifying the witnesses who will appear at trial; plaintiff should include the CDC identification number of the incarcerated witnesses; this list should only include the witnesses plaintiff has previously been granted permission to call;

3. Defendants' request to substitute Associate Warden Brazelton for Associate Warden Beels is granted;

4. Following receipt of plaintiff's amended witness list, the court will issue a second amended pretrial order.

DATED: January 31, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT