1 | Brian D. Hershman (State Bar No. 168175)
  | bhershman@jonesday.com
2 | Jenny L. Riggs (State Bar No. 204417)
  | jlriggs@jonesday.com
3 | JONES DAY
  | 555 South Flower Street
4 | Fiftieth Floor
  | Los Angeles, CA  90071-2300
5 | Telephone:    (213) 489-3939
  | Facsimile:    (213) 243-2539

Attorneys for Plaintiff
WILLIAM ROUSER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROUSER,<br><br>    Plaintiff,<br><br>    v.<br><br>THEO WHITE, et al.,<br><br>    Defendants. | **CASE NO. 2:93-cv-0767-LLK-GGH(PC)**<br><br>Assigned to:   The Honorable<br>               Lawrence K. Karlton<br><br>**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE; REQUEST FOR STATUS CONFERENCE AND ORDER**<br><br>Trial Date: May 13, 2008 |

LAI-2944312v1

**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE;
REQUEST FOR STATUS CONFERENCE**

1  WHEREAS, the Court has set trial of this action for May 13, 2008, and pursuant to the Local Rules and the Court's Second Amended Pre-trial Order, additional dates have been set for the filing of motions in limine, trial briefs, witness and exhibit lists, and other pre-trial filings; and

WHEREAS, plaintiff William Rouser, who has been representing himself *in propria persona*, recently has engaged Jones Day as counsel in this action; and

WHEREAS, the issues in this action relate to Mr. Rouser's claims for violations of his constitutional and statutory rights relating to his ability to practice his religion in prison; and

WHEREAS, plaintiff Rouser is currently incarcerated, and therefore Mr. Rouser is more limited in his ability to quickly communicate with and guide his counsel in preparing for trial; and

WHEREAS, Jones Day requires a brief amount of additional time to prepare adequately for trial, so that the trial of this action may proceed expeditiously; and

WHEREAS, defendants do not object to a brief continuance to permit plaintiff's counsel to prepare for trial of this action; and

THEREFORE, plaintiff and defendants, through their counsel of record, hereby stipulate as follows:

1. Subject to the Court's approval, all pre-trial and trial dates are vacated; and
2. The parties request a status conference at the Court's earliest convenience; and

3. Subject to the Court's calendar, the parties request a new trial date in or after mid-June 2008, with pre-trial dates adjusted accordingly.

IT IS SO STIPULATED.

Dated: April ___, 2008                        JONES DAY

                                              By _____
                                                 Jenny L. Riggs

                                              Attorneys for Plaintiff
                                              WILLIAM ROUSER

Dated: April ___, 2008

                                              By _____
                                                 James E. Flynn

                                              Attorneys for Defendants

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

1. All pre-trial and trial dates are vacated; and

2. A status conference is set for May 5, 2008, at 2:00 p.m., at which time the Court will set a trial date. Plaintiff shall appear through counsel at the status conference.

IT IS SO ORDERED.

Dated: April 21, 2008                         _____
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

LAI-2944312v1                                 2

**STIPULATION TO VACATE PRE-TRIAL DATES AND TRIAL DATE;
REQUEST FOR STATUS CONFERENCE**