```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  WILLIAM ROUSER,
11        Plaintiff,              No. CIV S-93-0767 LKK GGH P
12     vs.
13  THEO WHITE, et al.,
14        Defendants.                      O R D E R
15  _____/
16     The court is in receipt of the parties' stipulation and
17  proposed order to extend the deadline to disclose expert
18  testimony. As good cause has not been shown, the stipulation is
19  DENIED. The parties are, of course, free to agree as they
20  choose. The agreement, however, will not be enforced by the
21  court. Accordingly, the court will not approve the proposed
22  order.
23     IT IS SO ORDERED.
24     DATED: November 4, 2008.
25
                                   LAWRENCE K. KARLTON
26                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```

1