1  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
2  Jenny L. Riggs (State Bar No. 204417)
   jlriggs@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
6
   Attorneys for Plaintiff
7  WILLIAM ROUSER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM ROUSER,<br><br>  Plaintiff,<br><br>  v.<br><br>THEO WHITE, et al.,<br><br>  Defendants. | **CASE NO. 2:93-CV-0767-LKK-GGH(PC)**<br><br>Assigned to:  The Honorable<br>           Lawrence K. Karlton<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ORDER**<br><br>Original Hearing Date:  March 23, 2009<br><br>[Proposed] Continued Hearing Date:<br>           April 20, 2009 |

**STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, defendants have filed a Motion for Summary Judgment (the "Motion") on
2   plaintiff William Rouser's claims;
3   WHEREAS, the Motion currently is set for hearing on March 23, 2009;
4   WHEREAS, plaintiff William Rouser is incarcerated at Pleasant Valley State Prison;
5   WHEREAS, Pleasant Valley State Prison officials have stated that Rouser's facility and
6   two of the other four facilities at Pleasant Valley State Prison have been placed under quarantine
7   for an indefinite period of time due to a viral outbreak among the inmates;
8   WHEREAS, Pleasant Valley State Prison officials also have stated that they do not know
9   when the quarantine will be lifted;
10  WHEREAS, prison officials have told Mr. Rouser's counsel that, to contain the viral
11  outbreak and prevent further infections, attorneys may not visit the prison until the quarantine is
12  lifted;
13  WHEREAS, as the plaintiff in this action with personal knowledge relating to his claims
14  and the factual statements made in defendants' Motion, Mr. Rouser should be given the
15  opportunity to assist his counsel in opposing the Motion, which may most efficiently be done in a
16  personal visit by his counsel to Mr. Rouser at the prison;
17  WHEREAS, defendants do not object to a brief continuance to permit plaintiff's counsel
18  adequate time to visit Mr. Rouser and obtain information and evidence from him relating to
19  defendants' Motion, without fear of violating the prison's quarantine;
20  THEREFORE, plaintiff and defendants, through their counsel of record, hereby stipulate
21  as follows:

1

**STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1 | Subject to the Court's approval, the hearing on Defendants' Motion for Summary
2 | Judgment, currently calendared for March 23, 2009, 10:00 a.m., is continued to April 20, 2009, at
3 | 10:00 a.m. in Courtroom 4 of the above captioned court.

IT IS SO STIPULATED.

Dated: February 24, 2009                JONES DAY


                                        By /s/ Jenny L. Riggs
                                           Jenny L. Riggs

                                        Attorneys for Plaintiff
                                        WILLIAM ROUSER


Dated: February 24, 2009


                                        By /s/ James E. Flynn
                                           James E. Flynn

                                        Attorneys for Defendants


## ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

The hearing on Defendants' Motion for Summary Judgment, currently calendared for March 23, 2009 at 10:00 a.m., is continued to April 20, 2009 at 10:00 a.m. Any opposition or reply papers shall be served and filed pursuant to the timing provisions of Local Rule 78-230 prior to the continued hearing date.


IT IS SO ORDERED.


Dated: March 2, 2009.
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2
**STIPULATION TO CONTINUE HEARING ON**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com