| | |
|---|---|
| 1 | EDMUND G. BROWN JR., State Bar No. 37100 |
| | Attorney General of California |
| 2 | TRACY S. HENDRICKSON |
| | FIEL D. TIGNO |
| 3 | Supervising Deputy Attorneys General |
| | JOSHUA C. IWRIN, State Bar No. 209437 |
| 4 | JAMES E. FLYNN, State Bar No. 61139 |
| | Deputy Attorneys General |
| 5 |  1300 I Street, Suite 125 |
| |  P.O. Box 944255 |
| 6 |  Sacramento, CA  94244-2550 |
| |  Telephone:   (916) 323-1976 |
| 7 |  Fax:          (916) 324-5205 |
| |  E-mail:  James.Flynn@doj.ca.gov |
| 8 | *Attorneys for Defendants* |
| | *Cates, Yates, Gomez, and White* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,** | 2:93-cv-0767-LKK-GGH (PC) |
| Plaintiff, | **ORDER AND STIPULATED REQUEST TO EXCEED PAGE LIMITATION FOR MSJ REPLY BRIEF** |
| v. | |
| **THEO WHITE, et al.,** | Date: April 20, 2009 |
| | Time: 9:00 a.m. |
| | Courtroom: Four |
| Defendants. | Judge: Hon. Lawrence K. Karlton |
| | Trial Date: August 11, 2009 |
| | Action Filed: May 7, 1993 |

Defendants respectfully request leave to exceed the page limitation on their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment by three pages. This is necessitated by the complexity of the factual and legal issues set forth in defendants' motion for summary judgment and plaintiff's opposition thereto. Defendants' attorney contacted Plaintiffs' attorney Jenny Riggs, who said she had no opposition to Defendants' request to exceed the page limitation.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April 13, 2009 | | Respectfully submitted, |
| | | JONES DAY |
| | | /s/ Jenny L. Riggs |
| | | _____ |
| | | JENNY L. RIGGS, ESQ. |
| | | *Attorney for Plaintiff* |
| | | |
| | | EDMUND G. BROWN JR. |
| | | Attorney General of California |
| | | |
| | | /s/ James E. Flynn |
| | | _____ |
| | | JAMES E. FLYNN |
| | | Deputy Attorney General |
| | | *Attorney for Defendants* |

**IT IS SO ORDERED**. Based on the complexity of the legal and factual issues raised in connection with defendants' summary judgment motion, and good cause appearing, the page limitation to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is hereby extended to 18 pages.

Dated: April 14, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
[PROP.] ORDER AND STIPULATED REQUEST TO EXCEED PAGE LIMIT. (2:93-cv-0767-LKK-GGH (PC))

PDF created with pdfFactory trial version www.pdffactory.com