Brian D. Hershman (State Bar No. 168175)
bhershman@jonesday.com
Jennifer L. Riggs (State Bar No. 204417)
jlriggs@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:	(213) 489-3939
Facsimile:	(213) 243-2539

Attorneys for Plaintiff
WILLIAM ROUSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROUSER,<br><br>             Plaintiff,<br><br>      v.<br><br>THEO WHITE, et al.,<br><br>             Defendants. | Case No. 2:93-cv-0767-LKK-GGH(PC)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING**<br><br>Hearing:     October 20, 2009<br>Time:         1:00 p.m.<br>Courtroom: 4<br>Judge:        Hon. Lawrence K. Karlton |

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

The hearings on Plaintiff's Motion for Preliminary Injunction (Doc. No. 425) and Motion to Supplement the Third Amended Complaint (Doc. No. 437), currently calendared for October 20, 2009 at 1:30 p.m., are continued to December 7, 2009 at 10:00 a.m., to give the Court sufficient time to rule on the motions before December 21, 2009, the date of plaintiff's Yule. The current briefing schedule is amended as followed:

1. Defendants shall submit either an opposition or a statement of non-opposition to each motion by November 5, 2009, unless the matter has settled before that time or the Court has further continued the matter.

2. Plaintiff's reply briefs shall be submitted no later than November 19, 2009.

IT IS SO ORDERED.

Dated: October 7, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE HEARING
2:93-cv-0767-LKK-GGH(PC)