Brian D. Hershman (State Bar No. 168175)
bhershman@jonesday.com
Jenny L. Riggs (State Bar No. 204417)
jlriggs@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Plaintiff
WILLIAM ROUSER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ROUSER,<br><br>            Plaintiff,<br><br>     v.<br><br>THEO WHITE, et al.,<br><br>            Defendants. | **CASE NO. 2:93-cv-0767-LKK-GGH(PC)**<br><br>Assigned to:   The Honorable<br>                      Lawrence K. Karlton<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:            December 7, 2009<br>Time:           10:00 a.m.<br>Courtroom:    4<br>Judge:          Lawrence K. Karlton<br>Trial Date:    None<br>Action Filed: May 17, 1993 |

LAI-3059669v2

**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

PDF created with pdfFactory trial version www.pdffactory.com

1    Having reviewed the parties' Stipulation to Continue Hearing on Motion for Preliminary
2 Injunction, and good cause appearing therefore, it is ordered that:
3    1.    Defendants shall file their opposition, or a statement of non-opposition, to the
4 Motion for a Preliminary Injunction no later than January 22, 2010.
5    2.    Plaintiff shall file his reply in support of his Motion for a Preliminary Injunction
6 no later than February 9, 2010.
7    3.    The parties shall appear for hearing on the Motion for a Preliminary Injunction on
8 February 22, 2010 at 10:00 am to give the Court adequate time to rule on the Motions before the
9 Spring Equinox on or about March 21, 2010.
10    4.    The hearing on Plaintiff's Motion to Supplement the Complaint will proceed as
11 calendared on December 7, 2009, with the briefing schedule as set forth in the Court's October 8,
12 2009 Order (Doc. No. 440).
13    IT IS SO ORDERED.

Dated: November 10, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

Dated: November 6, 2009    JONES DAY

By    /s/ Jenny L. Riggs
      Jenny L. Riggs

Attorneys for Plaintiff
WILLIAM ROUSER

Dated: November 6, 2009

By    /s/ James E. Flynn
      James E. Flynn

Attorneys for Defendants
CATE, YATES, HAWS, GOMEZ,
and WHITE

LAI-3059669v2                           1
**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

PDF created with pdfFactory trial version www.pdffactory.com