IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER, | |
|     Plaintiff, | No. CIV S-93-0767 LKK GGH P |
|   vs. | |
| THEO WHITE, et al., | |
|     Defendants. | O R D E R |
| _____/ | |

    On December 10, 2009, the court issued an order granting plaintiff's motion to supplement his complaint, Doc. No. 450. In so doing, plaintiff was granted leave to file a fourth amended complaint in which he may add certain claims against new defendants P. Ortiz ("Ortiz"), B. Flores ("Flores"), and Brian Haws ("Haws"). On December 15, 2009, plaintiff filed a fourth amended complaint bringing claims against the three new defendants.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   Service of the amended complaint is appropriate for the following defendants: Ortiz, Flores, and Haws.

1

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the fourth amended complaint filed December 15, 2009.

3. Within ten (10) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Three copies of the amended complaint filed December 15, 2009.

4. Within ten days from the date of this order, counsel for defendants shall inform the court in writing whether counsel for defendants Theo White, J. Yates, Matthew Cates, and James Gomez will waive service of process on behalf of defendants Ortiz, Flores, and Haws.

5. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above named

1 defendants who have not waived service pursuant to
2 Federal Rule of Civil Procedure 4 without payment of
3 costs.
4 IT IS SO ORDERED.
5 DATED: January 13, 2010.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER

    Plaintiff,                    No. CIV s-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,                  <u>NOTICE OF SUBMISSION</u>

    Defendants.                  <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____    completed summons form

    ____    completed USM-285 forms

    ____    copies of the _____
                            Complaint/Amended Complaint

DATED:

                                               _____
                                               Plaintiff