IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                    No. CIV S-93-0767 LKK GGH P

   vs.

THEO WHITE, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 4, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On January 25, 2010, plaintiff submitted the copies of the complaint but failed to submit the proper USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff three blank USM-285 forms; and

/////

/////

1

1    2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: January 29, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2