IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                    No. CIV S-93-0767 LKK GGH P

    vs.

THEO WHITE, et al.,

    Defendants.                  O R D E R

_____/

    On February 2, 2010, defendants filed a motion to file documents under seal for their opposition to plaintiff's motion for a preliminary injunction, Doc. No. 465. This opposition is due on February 4, 2010. Defendants seek to file under seal excerpts of plaintiff's prison file. Defendants also seek to prevent plaintiff or plaintiff's counsel from viewing these excerpts for reasons of institutional safety. Specifically, defendants argue that *in camera* review of these sections of plaintiff's prison file is necessary to protect the identity of inmate informants. Because defendant's opposition is due tomorrow, the court tentatively grants defendant's motion to file

1

Exhibit J, Attachment 2 under seal, and subject only to *in camera* review. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion to file documents under seal on or before February 9, 2010. Depending on the court's resolution of this motion, plaintiff may seek a reasonable extension of time to file his reply brief to his motion for a preliminary injunction, which is currently set to be filed on or before February 12, 2010.

IT IS SO ORDERED.

DATED: February 3, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT