IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                No. CIV S-93-0767 LKK GGH P

   vs.

THEO WHITE, et al.,

    Defendants.            O R D E R

_____/

    On February 8, 2010, plaintiff's counsel, defendants' counsel, and the court discussed via telephone two evidentiary issues relating to plaintiff's motion for a preliminary injunction, Doc. No. 425, which is set to be heard on February 22, 2010. The issues addressed were (1) defendants' request for an evidentiary hearing, Doc. No. 477, and (2) defendants' motion to file documents under seal, and subject only to in camera review, Doc. No. 465. With respect to these issues, the court orders as follows:

    (1)   An evidentiary hearing is set for the purpose of
           obtaining testimony of Lisa Morgenstern on Wednesday

1

March 3, 2010 at 10 a.m. Defendants shall subpoena Ms. Morgenstern.

(2) The hearing set for plaintiff's motion for a preliminary injunction, Doc. No. 425, and defendants' motion to dismiss, Doc. No. 460, are continued until Wednesday, March 3, 2010, to begin at the conclusion of the evidentiary hearing. The deadline for submission of reply memoranda, if any, remains unchanged.

(3) Defendants shall inform the court by February 10, 2010 whether it should (a) strike Exhibit J Attachment 2 to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, (b) redact the names of the confidential informants contained in this exhibit and serve the redacted exhibit to plaintiff, or (c) designate the exhibit to be for attorneys' eyes only and serve the exhibit to plaintiff's counsel. Plaintiff may file a response, if any, by February 12, 2010.

IT IS SO ORDERED.

DATED: February 8, 2010.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2