IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

     Plaintiff,                  No. CIV S-93-0767 LKK GGH P

  vs.

THEO WHITE, et al.,

     Defendants.               O R D E R

_____/

    On September 23, 2011 plaintiff Rouser and defendant White et. al., filed a joint notice and motion for an order approving settlement and transferring venue. A hearing on the joint motion is currently set for October 24, 2011. Intervenor Spotted Eagle Circle filed a statement of non-opposition to the motion. The court does not find oral argument necessary on this matter.

    The parties jointly argue that transfer of venue is appropriate because plaintiff Rouser is now housed at the California State Prison-Los Angeles County, and compliance with the settlement agreement, once approved by this court, will occur at that prison. The settlement agreement is conditioned on a

1

change of venue to the U.S. District Court for the Central District of California, Western Division.

Accordingly, the court ORDERS as follows:

[1] The hearing on the joint motion currently scheduled for October 24, 2011 is VACATED.

[2] The motion to approve the settlement and transfer venue, ECF No. 527, is GRANTED.

IT IS SO ORDERED.

DATED: October 17, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2